# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** April 2, 2020

**CASE OF:** IN RE: AMENDMENTS TO THE FLORIDA RULES OF JUDICIAL ADMINISTRATION, THE FLORIDA RULES OF CIVIL PROCEDURE, AND THE FLORIDA RULES OF CRIMINAL PROCEDURE—STANDARD JURY INSTRUCTIONS

**DOCKET NO.:** SC20-145      **OPINION FILED:** March 5, 2020

**ATTENTION: ALL PUBLISHERS**

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE ABOVE OPINION:**

On p. 1, line 6, "2.570" has been changed to "2.580."
On p. 10, line 5, "2.570" has been changed to "2.580."
On p. 11, lines 1 and 4 of the last paragraph, "2.570" has been changed to "2.580."
On p. 12, lines 8 and 12, "2.570" have been changed to "2.580."
On p. 13, lines 5, 7, 9, and 13, "2.570" have been changed to "2.580."
On p. 15, line 4 of Rule 1.470(b), "2.570" has been changed to "2.580."
On p. 18, line 2 of Rule 2.270(b)(4), "2.570" has been changed to "2.580."
On p. 18, last heading, "RULE 2.570" has been changed to "RULE 2.580."
On p. 19, line 3 of Rule 3.390(a), "2.570" has been changed to "2.580."

**SIGNED: OPINION CLERK**